971 A.2d 402

IN THE MATTER OF JAMES H. WOLFE, III, AN ATTORNEY AT LAW.

June 4, 2009.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent of **JAMES H. WOLFE, III,** of **ORANGE,** who was admitted to the bar of this State in 1979;

And the District V–B Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4(b) (failure to communicate with the client);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.3, and *RPC* 1.4(b), and that said conduct warrants a reprimand;

And the parties further having agreed that respondent would pay restitution in the amount of $7,500 to the grievant;

And the Disciplinary Review Board having determined that a reprimand with restitution is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent in District Docket No. VB–2005–0006E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **JAMES H. WOLFE, III,** of **ORANGE** is hereby reprimanded; and it is further

ORDERED that respondent pay restitution to Andaiye Foluke in the amount of $7,500; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.